Brian W. Carroll, Esq.
**McCARTER & ENGLISH, LLP**
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYSELA GRISEL PASTOR VELIZ,<br><br>Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-7903 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") , by and through its attorneys, McCarter & English, LLP, hereby files this Notice of Removal, removing this case from the Supreme Court of the State of New York, Bronx County, to the United States District Court for the Southern District of New York. In support of this Notice, Experian states as follows:

1. Experian is the only named Defendants in Case Index No. 815754 / 2026E filed on or about August 11, 2026 by Plaintiff Rysela Grisel Pastor Veliz ("Plaintiff") in the Supreme Court of the State of New York, Bronx County (the "State Court Action").

2. Experian was served on August 11, 2026.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b).

4. This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a)

8. Experian is the only Defendant. Thus, as of the date of this Notice, all defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court.

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: September 10, 2026
New York, NY

Respectfully Submitted,

**McCARTER & ENGLISH, LLP**

By: *s/ Brian W. Carroll*
Brian W. Carroll, Esq.
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I certify that on September 10, 2026, I electronically filed a copy of this Notice of Removal with the Clerk of the Court using the CM/ECF system and also caused to be served a copy of this document upon counsel of record via electronic mail and Federal Express at the following address:

Adam G. Singer, Esq.
Law Office of Adam G. Singer, PLLC
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
*Attorney for Plaintiff*

*s/ Brian W. Carroll*
Brian W. Carroll, Esq.